Date: 01/20/11       DIVIDENDS REMITTED TO THE COURT            R#151743       Page: 1

Case Number 07-17903 - OTTRIX, VANESSA A.

| Creditor | Claim No. | Check # | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| INSIGHT COMMUNICATIONS<br>3770 E LIVINGSTON AVE<br>COLUMBUS, OH 43227 | 000002 | 103 | 84.73 | 3.07 |
|  |  |  | 84.73 | 3.07 |

---------- Remittance Total --------------

ALAN J. TREINISH, TRUSTEE

FILED 2011 JAN 21 PM 1:01
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 01/20/11 10:47 AM    Ver: 16.01c